**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEPHEN J. SCHERF | : | MISCELLANEOUS ACTION |
| | : | |
| v. | : | NO.  25-8 |
| | : | |
| 1ST BLACK HAWK, LLC | : | |

# ORDER

**AND NOW**, this 15th day of October 2025, upon considering no response from defendant to our October 6, 2025 order (DI 5), it is **ORDERED** plaintiff's motion to compel (DI 2) is **GRANTED**.  Defendant 1st Black Hawk, LLC, shall serve full and complete verified answers (without objections) to plaintiff's Post-Judgment Interrogatories and Requests for Production of Documents at the offices of Obermayer Rebmann Maxwell & Hippel LLP within seven (7) days of the date of this order.

_____
**MURPHY, J.**